ROANNE L. MANN  DATE: 12/22/11
UNITED STATES MAGISTRATE JUDGE  START: 2:30 p.m.
 END: 2:50 pm

DOCKET NO: 11-CV-4186 (RRM)

CASE: Williams v. City of New York, et al.

✓ INITIAL CONFERENCE  ___ OTHER/ORDER TO SHOW CAUSE
___ DISCOVERY CONFERENCE  ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE  ___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Christopher Wright

FOR DEFENDANT: Duster Mansoor

FACT DISCOVERY TO BE COMPLETED BY 6/22/12
✓ NEXT Settlement CONFERENCE SCHEDULED FOR 3/8/12 10:30 AM
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
___ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosure is complete. Pleadings may be amended and new parties added until 1/6/12.